IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 90

| | |
|---|---|
| **TRAVIS RECTOR,** ) | |
| ) | |
| Plaintiff ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| **CITY OF HENDERSONVILLE, et al.,** ) | |
| ) | |
| Defendants ) | |

**THIS MATTER** is before the undersigned upon the Court's own motion. In a review of the pleadings in this matter it appeared that counsel for plaintiff, Gene Thomas Leicht, was directed by the Clerk to register for Electronic Court Filing (ECF) on June 27, 2012 with a deadline given to him of July, 9, 2012. Upon further review, the undersigned has discovered that Mr. Leicht has not complied with the directive of the Court. The undersigned has further discovered that Mr. Leicht has never been admitted as a member of this bar as set forth under Local Rule of Civil Procedure 83.1 and no other type of request for admission of Mr. Leicht under the Local Rule has been filed. Based upon the foregoing, the undersigned will set a hearing in regard to the appearance of Mr. Leicht as counsel for plaintiff in this matter.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Court does hereby schedule a hearing regarding the appearance of Gene Thomas Leicht as counsel for plaintiff in this matter. The hearing shall take place on **October 10, 2012 at 9:00 o'clock a.m.**

in courtroom #2 of the United States Courthouse in Asheville, North Carolina. At that time Mr. Leicht shall be allowed to show cause as to why he should not be removed as attorney for plaintiff in this matter due to the fact he is not a member of the bar of the Western District of North Carolina, that he has not made a special appearance as required by the Local Rules of Civil Procedure, and that he has not completed his Electronic Court Filing (ECF) training.

Signed: September 19, 2012

Dennis L. Howell
United States Magistrate Judge